IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SHORE FUNDING SOLUTIONS, INC.,**<br><br>*Defendant,* | Case No. 2:24-cv-04071-SIL<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Cardenas hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

DATED this 30th day of August, 2024.     Respectfully submitted,

By: */s/ Stefan Coleman*
Stefan Coleman
Coleman PLLC
11 Broadway, Suite 615
New York, NY 10001
law@stefancoleman.com
Telephone: (877) 333-9427

Avi R. Kaufman
kaufman@kaufmanpa.com

1

KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*